**UNITED STATES of America, v. SECURITY-FIRST NATIONAL BANK OF LOS ANGELES, Executor of the Estate of Wm. R. Campbell, Deceased.**

No. 8960.

Circuit Court of Appeals, Ninth Circuit.

Oct. 19, 1938.

Ben Harrison, U. S. Atty., and E. H. Mitchell, Asst. U. S. Atty., both of Los Angeles, Cal.

Flint & Mackay, Wesley L. Nutten, Jr., and George G. Witter, all of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**UNITED STATES of America, Appellant, v. Albert L. SMITH, Appellee.**

No. 9037.

Circuit Court of Appeals, Ninth Circuit.

Nov. 28, 1938.

Ben Harris, U. S. Atty., and Ernest D. Fooks and Attilio DiGirolamo, Attys., Department of Justice, all of Los Angeles, Cal.

Chenoweth & Whitehead, of Los Angeles, Cal., for appellee.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**UNITED STATES of America v. R. W. SMYTHE, Guardian of Noah Woodward.**

No. 8112.

Circuit Court of Appeals, Sixth Circuit.

Oct. 10, 1938.

James B. Frazier, Jr., of Knoxville, Tenn., for appellant.

No appearance for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that a motion to docket and dismiss appeal has been filed by appellant, accompanied by certificate of the Clerk of the District Court as provided by Rule 18; On consideration whereof, it is ordered that the appeal be and the same is hereby docketed and dismissed the costs to be charged against the Government as constructive earnings.